No. 84–6742.   BAILEY ET AL. *v.* BUCKEYE CELLULOSE CORP., *ante,* p. 863.   Petition for rehearing denied.   JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 85–17.   VERNON *v.* MAGGIO, WARDEN, *ante,* p. 945.   Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.   Petition for rehearing denied.

No. 85–5041.   CHANDLER *v.* LORD, *ante,* p. 853.   Motion for leave to file petition for rehearing denied.

No. 85–5316.   WILSON *v.* UNITED STATES ET AL., *ante,* p. 921. Motion of petitioner for leave to file petition for rehearing out of time denied.

JANUARY 18, 1986

No. 85–173.   KEY INTERNATIONAL MANUFACTURING, INC. *v.* MORSE/DIESEL, INC., ET AL.   C. A. 2d Cir.   Certiorari dismissed under this Court's Rule 53.

JANUARY 21, 1986

No. 85–714.   TEXAS ET AL. *v.* UNITED STATES.   Affirmed on appeal from D. C. W. D. Tex.

No. 84–1706.   PACYNA *v.* MARSH, SECRETARY OF THE ARMY. C. A. 2d Cir.   Certiorari granted, judgment vacated, and case remanded to the Court of Appeals to transfer the case pursuant to 28 U. S. C. § 1631 to the United States Court of Appeals for the Federal Circuit.   See 28 U. S. C. § 1295(a)(2).

No. 84–1750.   BALLAM *v.* UNITED STATES.   C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded to the Court of Appeals to transfer the case pursuant to 28 U. S. C. § 1631 to the United States Court of Appeals for the Federal Circuit.   See 28 U. S. C. § 1295(a)(2).